IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| DONNA L. MEAD, | ) | NO.: 22-02558 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: TIMOTHY A. BARNES |

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE THAT that on July 14, 2022, at 9:30 a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust for Relief from Stay and Co-Debtor Stay, a copy of which is attached.

  **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

    **To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and password.

    **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

    **Meeting ID and password.** The meeting ID for this hearing is **161 329 5276** and the password is **433658**. The meeting ID and password can also be found on Judge Barnes' page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

    I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 22, 2022, at 5:00p.m.

                                        McCalla Raymer Leibert Pierce, LLC

                                        */s/Toni Townsend*
                                        Toni Townsend

## SERVICE LIST

| | |
|---|---|
| To Trustee:<br>Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | *by Electronic Notice through ECF* |
| To U.S. Trustee:<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | *by Electronic Notice through ECF* |
| To Debtor:<br>Donna L. Mead<br>1413 W. 62nd St.<br>Chicago, IL 60636 | *Served via U.S. Mail* |
| To Co-Debtor:<br>Brandon Turner<br>1413 West 62nd Street<br>Chicago, IL 60636 | *Served via U.S. Mail* |
| To Attorney:<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| DONNA L. MEAD, | ) NO.: 22-02558 |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: TIMOTHY A. BARNES |
| | ) |

# MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 1413 W 62nd Street, Chicago, Illinois 60636 be Modified stating as follows:

1. On March 6, 2022, the above captioned Chapter 13 was filed.

2. NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust services the first mortgage lien on the property located at 1413 W 62nd Street, Chicago, Illinois 60636.

3. The terms of the Note were amended by a loan modification agreement entered into by and between Ditech Financial LLC and the Debtor dated November 16, 2017 (the "Loan Modification Agreement").

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. Post-petition payments are $554.12.

5. As of June 6, 2022, the unpaid principal balance is $55,348 and the deferred principal balance is $20,100.00.

6. As of June 6, 2022, the post-petition mortgage payments are due and owing for April 1, 2022. The default to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust is approximately $1,662.36 through June 2022.

7. Attorney's fees and costs associated with the filing of this motion are $1,238.00 and may be deemed recoverable from the Debtor.

8. The plan is in material default.

9. NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust also seeks to modify the stay as to co-debtor Brandon Turner pursuant to 11 U.S.C. §1301(a).

10. NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust continues to be injured each day it remains bound by the Automatic Stay.

11. NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust is not adequately protected.

12. The property located at 1413 W 62nd Street, Chicago, Illinois 60636 is not necessary for the Debtor's reorganization.

13. The Debtor has no equity in the property for the benefit of unsecured creditors.

14. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this motion for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is endorsed in blank. Movant is the beneficiary or the assignee of the Deed of Trust.

15. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

16. Debtor or Debtor's Counsel is encouraged to contact NewRez LLC d/b/a Shellpoint Mortgage Servicing to discuss potential loss mitigation options, if the debtor(s) is experiencing hardship resulting from COVID-19. Please call 866-825-2174 for assistance Monday-Friday 9am to 8pm EST.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and

leave be granted to NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Court deems just.

                                      McCalla Raymer Leibert Pierce, LLC

By:    /s/Toni Townsend
            Toni Townsend
            Attorney for Creditor
            1 N. Dearborn Suite 1200
            Chicago, IL  60602
            Phone:  (312) 346-9088
            Fax:  (312) 551-4400
            Email:  ILpleadings@mrpllc.com