**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Donna L. Mead, | Case No | 22-02558 | Chapter | 13 |
| Moving Creditor | NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust | Date Case Filed | March 6, 2022 | | |

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☒ Other (describe): Co-Debtor Stay

Chapter 13    Date of Confirmation Hearing    July 7, 2022    Date Plan Confirmed _____

1. Collateral
   a. ☒ Home
   b. ☐ Car _____
   c. ☐ Other (describe) _____

2. Balance Owed as of June 6, 2022 $87,839.60
   Total of all other Liens against Collateral $15,124.50 (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $78,000.00 (per Debtor's Schedules)

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____
   b. ☒ Post-Petition Default
      i. ☒ On direct payments to the moving creditor
         Number of months 3    Amount $1,662.36
      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____    Amount $ _____

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid  Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☒ Other (describe) Material payment default

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) __
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: June 22, 2022        Submitted By:    /s/Toni Townsend

McCalla Raymer Leibert Pierce, LLC